IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASHEED SMITH,<br><br>　　　　　Petitioner,<br>　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No. 07-3478 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon Petitioner Rasheed Smith's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 [Docket Item No. 304]; and this Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

**IT IS**, this     **25th**     **day of July, 2007** hereby

**ORDERED** that Petitioner Smith's petition for a writ of habeas corpus [Docket Item No. 304] shall be and hereby is **DENIED**; and

**IT IS FURTHER ORDERED** that Petitioner's motion for appointment of counsel [Docket Item No. 299] shall be and hereby is, **DENIED**; and

**IT IS FURTHER ORDERED** that Petitioner's motion for an evidentiary hearing [Docket Item No. 303] shall be and hereby is **DENIED**.

　　　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　U.S. District Judge