IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASHEED SMITH, | HONORABLE JEROME B. SIMANDLE |
| Petitioner, | |
| | CIVIL NO. 07-3478 |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

This matter having come before the Court upon Petitioner Rasheed Smith's motion for reconsideration dated August 13, 2007 [Docket Item 18] relating to the Court's July 25, 2007 denial of his petition for a writ of habeas corpus and motions for appointment of counsel and for an evidentiary hearing; and this Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date and for good cause shown;

IT IS, this __**31st**__ **day of October, 2007** hereby

**ORDERED** that Petitioner's motion for reconsideration shall be and hereby is **DENIED**.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge